## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF MICHIGAN

Niki M. Ford,

        Plaintiff,

-vs.

Asset Recovery Solutions, LLC,

        Defendant.

Case No. 2:16-cv-11850

Hon. Marianne O. Battani

| **STEPHEN A. THOMAS, PLC** | **DOBBS & NEIDLE, P.C.** |
|---|---|
| Stephen A. Thomas  (P43260) | Gregory R. Neidle (P59273) |
| Attorney for Plaintiff | Daniel J. Ammon (P50923) |
| 645 Griswold St., Suite 1360 | Attorneys for Defendant |
| Detroit, MI 38226 | 30150 Telegraph Road, St. 410 |
| Phone: (313) 965-2265 | Bingham Farms, MI 48025 |
| Email: sthomas@313965bank.com | Phone: (248) 723-9511 |
| | Fax: (248) 723-9531 |
| | Email: gneilde@dobbsneidle.com |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Niki M. Ford, through her attorney of record, and Defendant, Asset Recovery Solutions, LLC, through its attorney of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice and without costs and attorney's fees to any party.

/s/  *with consent* Stephen A. Thomas       /s/ Daniel J. Ammon
Attorney for Plaintiff                                    Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

Niki M. Ford,                                          Case No. 2:16-cv-11850

      Plaintiff,                               Hon. Marianne O. Battani

-vs.

Asset Recovery Solutions, LLC,

      Defendant.

_____/

## **ORDER OF DISMISSAL**

By stipulation of all parties who have appeared in this action and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and with each party to bear their own costs and attorney fees.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to all parties, and without costs and attorney's fees to any party.

DONE AND ORDERED this 25th day of January, 2017.

                                            s/Marianne O. Battani
                                            MARIANNE O. BATTANI
                                            United States District Judge